Dennis WILMOT

v.

John BROWN, Warden.

No. 79–435–M.P.

Supreme Court of Rhode Island.

Jan. 31, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for plaintiff-respondent.

Dennis Wilmot, defendant-petitioner, pro se.

### ORDER

The petition for writ of habeas corpus is denied.

DORIS, J., did not participate.